Daniel Paz
Texas State Bar No. 24027722
The Paz Law Firm, PLLC
14330 Midway Rd., Suite 214
Dallas, Texas 75244
daniel@thepazlawfirm.com
Telephone: 214-812-9061
Facsimile: 214-812-9420
ATTORNEYS FOR S2 LAKE VILLAGE NORTH, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| | § | |
| **Kordell Rhodes,** | § | **CASE NO. 22-31099-mvl13** |
| | § | |
| **DEBTOR.** | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF NOTICES, PLEADINGS AND ORDERS**

TO ALL PARTIES:

Please take notice that the undersigned and The Paz Law Firm, PLLC, appear as counsel for S2 Lake Village North, LLC, pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, request all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorneys at the following addresses:

Daniel Paz
The Paz Law Firm, PLLC
14330 Midway Rd., Suite 214
Dallas, Texas 75244

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing requests include notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices and any orders, applications, complaints, demands, hearings, motions,

petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise.

The undersigned additionally request that the Debtor, United States Trustee and the Clerk of the Court place the undersigned attorneys' names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

        Respectfully submitted,

        */s/ Daniel Paz*
        Daniel Paz
        Texas State Bar No. 24027722
        The Paz Law Firm, PLLC
        14330 Midway Rd., Suite 214
        Dallas, Texas 75244
        daniel@thepazlawfirm.com
        Telephone: 214-812-9061
        Facsimile: 214-812-9420
        Attorneys for S2 Lake Village North, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2022, a true and correct copy of the foregoing Notice of Appearance was served in accordance with the Federal Rules of Bankruptcy Procedure on the following parties:

| | |
|---|---|
| Kordell Rhodes<br>3610 Bobtown Road<br>Apartment No. 206<br>Garland, Texas 75043<br>**Debtor**<br>**Sent Certified Mail Return Receipt Requested #7020 2450 00011051 5324** | |
| Thomas Powers<br>Office of The Standing Ch. 13 Trustee<br>105 Decker Court<br>Ste. 1150<br>Irving, Texas 75062<br>**Chapter 13Trustee, ECF** | U. S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75202<br>**United States Trustee, ECF** |

      */s/ Daniel Paz*
      Daniel Paz